1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| ROBERT CLEVELAND, an individual, Plaintiff, v. THE BEHEMOTH, a California corporation; and DOES 1 through 10, Defendants. | Case No.: 3:19-cv-00672-RBM-BGS **ORDER DENYING PLAINTIFF ROBERT CLEVELAND'S MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE OF PLAINTIFF'S ALLEGED FAILURE TO OBTAIN CONSENT TO CERTAIN VIDEO AND AUDIO RECORDINGS AT WORK** **[Doc. 68]** |
|---|---|

On March 4, 2022, Plaintiff Robert Cleveland ("Plaintiff") filed a Motion in Limine to Exclude Evidence of Plaintiff's Alleged Failure to Obtain Consent to Take Certain Video and Audio Recordings at Work ("Motion"). (Doc. 68–3.) On March 18, 2022, Defendant The Behemoth ("Defendant") filed an opposition to the Motion ("Opposition"). (Doc. 81.) In the instant Motion, Plaintiff argues that any alleged failure to obtain consent for video and audio recordings by Plaintiff in the workplace is "irrelevant to the issues of this case and such questions would be prejudicial, confusing, and a waste of time." (Doc. 68–3 at 4.) The Court finds that such evidence may be admissible at trial, subject to the Court's discretion. Thus, Plaintiff's Motion is **DENIED**.

1

**IT IS SO ORDERED.**

DATE:  October 6, 2022

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE