

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Cleveland, an individual | Civil Action No. 19-cv-00672-RBM-BGS |
| **Plaintiff,** | |
| V. | |
| The Behemoth, a California corporation; Does 1 through 10; (see attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED:

This action was tried by a jury with Judge Ruth Bermudez Montenegro presiding.  The jury rendered a verdict in favor of defendant The Behemoth ("Defendant") on all claims tried before the jury. Separately, Plaintiff Robert Cleveland dismissed his claim based on California Business and Professions Code sections 17200 et seq. It is now ordered that Plaintiff recover nothing, the action be dismissed on the merits, and Defendant recover costs from Plaintiff to the extent awarded by the Court.

Date:  1/3/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen

J. Petersen, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 19CV0672-RBM-BGS

Robert Cleveland, an individual
_____
               Plaintiffs,


               V.

The Behemoth, a California corporation; Does 1 through 10
_____
               Defendants



Matthew A. Barnes, Third-Party Trial Witness
_____
               Material Witness